EDNA CUMMINGS WEMPLE, Appellant, v. EDWIN COPELY WEMPLE, Respondent. . — Order reversed, with twenty dollars costs and disbursements, and motion granted, without prejudice to an application by defendant at Special Term to reduce current alimony. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

THE PUBLIC NATIONAL BANK OF NEW YORK, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant.*— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.; Finch, P. J., and Martin, J., dissent and vote to reverse and grant the motion. [See post, p. 818.]

FICTION HOUSE, INC., Respondent, v. RAPID FIRE PUBLICATIONS, INC., and Others, Appellants, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

LESTER R. BACHNER, as Receiver of the Property of SAUL BIRNS, Appellant, v. NEW YORK LIFE INSURANCE COMPANY and Others, Respondents.— Orders affirmed, with twenty dollars costs and disbursements to the respondents appearing separately and filing briefs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

PAKKO REALTY CO., INC., Appellant, v. THE DIME SAVINGS BANK OF BROOKLYN, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of THE BANK OF UNITED STATES, in Liquidation. In the Matter of the Application of THE SUPERINTENDENT OF BANKS for a Determination of Priority of Payment of Claims Pursuant to Section 78 of the Banking Law.* Claim to Priority by IRVING TRUST COMPANY, Trustee in Bankruptcy of GILMAN, SON & Co.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ANN BERKOWITZ, a Bondholder and Beneficiary under the Trust Executed to the LIBERTY NATIONAL BANK AND TRUST COMPANY, as Trustee, on Behalf of Herself and All Other Bondholders Similarly Situated, Respondent, v. LIBERTY NATIONAL BANK AND TRUST COMPANY and Others, Defendants, Impleaded with THE HARRIMAN NATIONAL BANK AND TRUST COMPANY, Successor to LIBERTY NATIONAL BANK AND TRUST COMPANY, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.